UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 13 2000
WAYNE E. NELSON, CLERK
BY_____ DEPUTY CLERK

MOTION TO TURN OVER UNCLAIMED FUNDS TO CLERK OF COURT

NOW COMES Lydia S. Meyer, Chapter 13 Trustee, and respectfully represents the Court as follows:

1. That she is the duly qualified and acting Chapter 13 Trustee.

2. That she has heretofore filed Final Reports and Accounts which have been approved by the Court.

3. That the check(s) below, issued by the Trustee, remain unclaimed and the funds should be turned over to Wayne E. Nelson, Clerk of US Bankruptcy Court.

| NAME & CASE NUMBER | CREDITOR & ADDRESS | CHECK# | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| WILLIAM C. SCHRAMM 99-B-54051 | WILLIAM C. SCHRAMM 7303 CHIDEWA DRIVE WONDER LAKE, IL 60097 | 1193613 | 2,508.04 |
| MARY E. MCCLELLAN 99-B-51203 | AMCORE MORTGAGE 1021 N MULFORD ROAD ROCKFORD, IL 61107 | 1193681 | .45 |
| JAMES R. REINDERS 97-B-52031 | SUNSTAR ACCEPTANCE CORP 405 WEST LOOP 820 SOUTH SUITE 110 FORT WORTH, TX 76108 | 2191857 | 101.00 |
| ~~JOHN A. & JULIANNE FLOOD 99-B-53090~~ | ~~JOHN A. & JULIANNE FLOOD 7834 NORTHGATE ROAD ROSCOE, IL 61073~~ | ~~1193629~~ | VOID 10/16/01 LSM |
| WILLIAM D. HOLTON 98-B-54344 | WILLIAM D. HOLTON 3526 ED VERA DRIVE ROCKFORD, IL 61109 | 1193605 | 1.81 |
| JOSEPH L & JACKIE S HALE 96-B-50822 | JANET WATTLES MENTAL HEALTH CENTER 526 W STATE STREET ROCKFORD, IL 61101 | 1192112 | .99 |
| ~~LARRY FOREMAN 99-B-52557~~ | ~~CENTEX HOME EQUITY CORP POB 199400 DALLAS, TX 75219~~ | ~~1193387~~ | VOID 10/16/01 LSM |



UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

MOTION TO TURN OVER UNCLAIMED FUNDS TO CLERK OF COURT

NOW COMES Lydia S. Meyer, Chapter 13 Trustee, and respectfully represents the Court as follows:

1. That she is the duly qualified and acting Chapter 13 Trustee.

2. That she has heretofore filed Final Reports and Accounts which have been approved by the Court.

3. That the check(s) below, issued by the Trustee, remain unclaimed and the funds should be turned over to Wayne E. Nelson, Clerk of US Bankruptcy Court.

| NAME & CASE NUMBER | CREDITOR & ADDRESS | CHECK# | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| CARL R. MARINELLI 97-B-52773 | COMMERCIAL CREDIT PO BOX 17099 BALTIMORE, MD 21297 | 1193593 | 23.00 |
| IRVIN R & BONNIE S COSSIBOON JR 95-B-51903 | SHERMAN HOSPITAL % ABACUS FINANCIAL MGMT P O BOX 1188 DES PLAINES, IL 60017 | 1193861 | 582.00 |
| DEBRA K. ROGERS 99-B-51521 | MIDLAND ACCEPTANCE P.O. BOX 633 ROCHELLE, IL 61068 | 1193776 | 12.18 |

(handwritten notation on second row: "HOLD original NB red ida")

WHEREFORE, your petitioner prays for an Order to turn over unclaimed funds totaling $2,647.47 to Wayne E. Nelson of U.S. Bankruptcy Court.

Dated 9/11/00

_____
SIGNATURE NOT VALID ON CHECKS
Lydia S. Meyer, Trustee